IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DONDRE ADAMS, <br><br> Plaintiff, <br><br> v. <br><br> ROB JEFFREYS, Director of the Illinois Department of Corrections; MICHAEL STURCH, Parole Agent; TYNEER BUTLER-WINTERS, Field Services Representative; CHRISTOPHER GLECKLER, Correctional Counselor; BRIANNA HENDERSON, Correctional Counselor; SIMONE THORNTON, Correctional Counselor; and KENDRA ZIEMNISKY, Corrections Assessment Specialist, <br><br> Defendants. | Case No. 19 CV 5452 <br><br> Hon. Franklin U. Valderrama <br><br> Hon. Young B. Kim <br><br> **JURY TRIAL DEMANDED** |

## CERTIFICATE OF SERVICE

The undersigned, one of the attorneys for Plaintiff, hereby certifies that he has caused a true and correct copy of PLAINTIFF'S SUPPLEMENTAL ANSWER TO INTERROGATORY NO. 13 OF DEFENDANTS' FIRST SET OF INTERROGATORIES to be served on June 10, 2022, via email upon:

Amanda Bacoyanis
Amanda.Bacoyanis@ilag.gov

Dated: June 10, 2022

/s/ Gregory M. Boyle
Gregory M. Boyle
gboyle@jenner.com
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
Tel: 312-923-2651

*One of Plaintiff's Attorneys*

1